```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 43580
    JESUS A CASTELLANOS
    CRYSTAL L CASTELLANOS                        CHAPTER 13

                                                 JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-0819     SSN XXX-XX-1355


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/23/04 and confirmed on 03/18/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  25608.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DOVENMUEHLE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| DOVENMUEHLE MORTGAGE | MORTGAGE ARRE | 1165.89 | .00 | 1165.89 |
| FIFTH THIRD BANK | SECURED | .00 | .00 | .00 |
| FIFTH THIRD BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | SECURED | .00 | .00 | .00 |
| HOMEQ SERVICING | SECURED | .00 | .00 | .00 |
| HOMEQ SERVICING | MORTGAGE ARRE | 12003.08 | .00 | 12003.08 |
| STAWIARSKI & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 564.86 | .00 | 564.86 |
| ASPIRE VISA | NOTICE ONLY | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1567.33 | .00 | 1567.33 |
| PARK CITY POLICE | UNSECURED | NOT FILED | .00 | .00 |
| MAGES & PRICE | UNSECURED | 472.98 | .00 | 472.98 |
| FIRST NATIONAL CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| JENSEN DISPOSAL | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 651.10 | .00 | 651.10 |
| SPIEGEL CHARGE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NORTH SUBURBAN CARDIOLOG | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 202.65 | .00 | 202.65 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 715.91 | .00 | 715.91 |
| INTERNAL REVENUE SERVICE | UNSECURED | 144.69 | .00 | 144.69 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1993.85 | .00 | 1993.85 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2027.27 | .00 | 2027.27 |

        Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13168.97       564.86      7775.78          .00      21509.61
PRINCIPAL PAID      13168.97       564.86      7775.78          .00      21509.61
INTEREST PAID            .00          .00          .00          .00           .00
TOTAL PAID          13168.97       564.86      7775.78          .00      21509.61
```

The Debtor's attorney, ZALUTSKY & PINSKI              , was allowed $   2700.00
and was paid $    106.00   direct and $   2594.00   through the plan.

The Trustee received $   1046.05 .

Refunds to the Debtor totaled $    458.34 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE